UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGIA GULF CORPORATION : | CIVIL ACTION NO. 3:06-CV-700-RET-DLD |
| : | |
| VERSUS : | |
| : | |
| J. L. MANTA, INC., ATNAM : | |
| ENTERPRISES, INC., FIDELITY & : | |
| GUARANTY INSURANCE : | |
| COMPANY, INC., USF&G : | |
| INSURANCE, AND AMERICAN : | |
| INTERNATIONAL SPECIALTY : | |
| LINES INSURANCE COMPANY : | |

## JUDGMENT

Pursuant to the Stipulation of Judgment filed in the above captioned matter, and to the Settlement Agreement & Assignment incorporated therein by reference,

IT IS ORDERED that a Judgment be hereby entered in favor of GEORGIA GULF CORPORATION and against ATNAM ENTERPRISES, INC. FORMERLY KNOWN AS J.L. MANTA, INC. in the amount of ONE MILLION SIX HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,600,000.00).

IT IS FURTHER ORDERED that the enforcement and collection of the Judgment shall be subject to the provisions of the Settlement Agreement & Assignment entered into by GEORGIA GULF CORPORATION and ATNAM ENTERPRISES, INC. FORMERLY KNOWN AS J.L. MANTA, INC. on or about March 27, 2008.

There being no reason for delay, this Judgment shall be considered final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, this 21st day of April, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Submitted by:

  /s/ J. Michael Parker_____
John Michael Parker T.A. (#10321)
John Stone Campbell, III (#23674)
Edward J. Laperouse, II (#29310)
TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Telecopier: 225-346-8049
e-mail: mike.parker@taylorporter.com
*Attorneys for ATNAM ENTERPRISES, INC. f/k/a J. L. MANTA, INC.*


  /s/ Luis A. Leitzelar_____
Luis A. Leitzelar, T.A. (#20927)
Ryan E. Johnson (#26352)
Kevin O. Ainsworth (#26777)
JONES, WALKER, WAECHTER,
  POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
Four United Plaza
8550 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: 225-248-2000
Telecopier: 225-248-2010
*Attorneys for Georgia Gulf Corporation*